IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**COREY JEROME CARTER**                                                                           **PLAINTIFF**

v.                         **CASE NO. 3:13CV00051 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of March 2014.

                                                                                _____
                                                                           UNITED STATES DISTRICT JUDGE